**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicole A. Cassidy | CHAPTER 13 |
| Debtor(s) | |
| | BKY. NO. 23-12457 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Cardinal Financial Company, Limited Partnership and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
24 Aug 2023, 12:20:27, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: a83345eb79d8af159a30856711250281af40aa6e36f3d3c6cd2ef6101b6f6d7a