**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
|     Nicole Cassidy | : | Case No.: 23-12457-amc |
| Debtor | : | |
| | : | |

## O R D E R

AND NOW, this ___1st___ day of ___September___, 2023, upon consideration of

the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file

all required documents with the Court on or before September 15, 2023.

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE