**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/06/2023 |
| Period End Date | 08/19/2023 |
| Pay Date | 08/17/2023 |
| Document | 953787 |

**Net Pay** **$1,334.96**

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | |
|---|---|---|---|
| Employee Number | 105734 | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | Location | PAO - Aston |
| Job | Logistics Coord I | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | Customer | EVONIK - Evonik |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Accrued PTO | 4.0000 | $88.21 | $341.80 |
| Base PTO | 0.0000 | $0.00 | $496.15 |
| Holiday | 0.0000 | $0.00 | $330.76 |
| HSA Employer Co | | $31.25 | $406.25 |
| PTO Sick | 0.0000 | $0.00 | $165.38 |
| Regular | 71.0000 | $1,565.64 | $24,851.74 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $66.15 | $752.54 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $667.38 | $202.42 | $2,833.88 |
| HSA Employee | Yes | $10.82 | $151.48 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $406.25 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $96.88 | $3.54 | $49.56 |
| 401k Match | Yes | $0.00 | $0.00 | $41.34 | $465.85 |
| Basic AD&D | No | $0.00 | $0.00 | $0.00 | $6.02 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $15.05 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $34.72 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.04 | $366.42 |
| Social Security Employee Tax | $98.49 | $1,566.75 |
| PA State Income Tax | $48.76 | $775.73 |
| CHESTER TWP | $15.88 | $252.65 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $18.36 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Accrued PTO | 15.5000 | 2.8847 | 13.3470 |
| Base PTO | 30.0000 | 0.0000 | 22.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6717 | Checking | $1,334.96 |
| Total | | $1,334.96 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,685.10 | $1,522.29 | $187.33 | $162.81 | **$1,334.96** |
| YTD | $26,592.08 | $24,517.55 | $3,110.03 | $2,074.53 | $21,407.52 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/23/2023 |
| Period End Date | 08/05/2023 |
| Pay Date | 08/03/2023 |
| Document | 952525 |
| **Net Pay** | **$1,351.50** |

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 105734 | | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | | Location | PAO - Aston |
| Job | Logistics Coord I | | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | | Customer | EVONIK - Evonik |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---:|---:|---:|
| Accrued PTO | 0.0000 | $0.00 | $253.59 |
| Base PTO | 15.0000 | $330.77 | $496.15 |
| Holiday | 0.0000 | $0.00 | $330.76 |
| HSA Employer Co | | $31.25 | $375.00 |
| PTO Sick | 0.0000 | $0.00 | $165.38 |
| Regular | 60.0000 | $1,323.07 | $23,286.10 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401k | Yes | $49.62 | $686.39 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $619.71 | $202.42 | $2,631.46 |
| HSA Employee | Yes | $10.82 | $140.66 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $375.00 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $89.96 | $3.54 | $46.02 |
| 401k Match | Yes | $0.00 | $0.00 | $33.08 | $424.51 |
| Basic AD&D | No | $0.00 | $0.00 | $0.86 | $6.02 |
| Basic Life | No | $0.00 | $0.00 | $2.15 | $15.05 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $32.24 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.03 | $343.38 |
| Social Security Employee Tax | $98.48 | $1,468.26 |
| PA State Income Tax | $48.76 | $726.97 |
| CHESTER TWP | $15.88 | $236.77 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $17.20 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---:|---:|---:|
| Accrued PTO | 11.5000 | 2.8847 | 14.4623 |
| Base PTO | 30.0000 | 0.0000 | 22.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxx6717 | Checking | $1,351.50 |
| Total | | $1,351.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $1,685.09 | $1,538.81 | $187.31 | $146.28 | **$1,351.50** |
| YTD | $24,906.98 | $22,995.26 | $2,922.70 | $1,911.72 | $20,072.56 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/09/2023 |
| Period End Date | 07/22/2023 |
| Pay Date | 07/20/2023 |
| Document | 951201 |
| **Net Pay** | **$1,351.50** |

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | |
|---|---|---|---|
| Employee Number | 105734 | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | Location | PAO - Aston |
| Job | Logistics Coord I | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | Customer | EVONIK - Evonik |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Accrued PTO | 7.5000 | $165.38 | $253.59 |
| Base PTO | 0.0000 | $0.00 | $165.38 |
| Holiday | 7.5000 | $165.38 | $330.76 |
| HSA Employer Co | | $31.25 | $343.75 |
| PTO Sick | 0.0000 | $0.00 | $165.38 |
| Regular | 60.0000 | $1,323.07 | $21,963.03 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $49.61 | $636.77 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $572.04 | $202.42 | $2,429.04 |
| HSA Employee | Yes | $10.82 | $129.84 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $343.75 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $83.04 | $3.54 | $42.48 |
| 401k Match | Yes | $0.00 | $0.00 | $33.07 | $391.43 |
| Basic AD&D | No | $0.00 | $0.00 | $0.00 | $5.16 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $12.90 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $29.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.03 | $320.35 |
| Social Security Employee Tax | $98.48 | $1,369.78 |
| PA State Income Tax | $48.76 | $678.21 |
| CHESTER TWP | $15.88 | $220.89 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $16.04 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Accrued PTO | 11.5000 | 2.8847 | 11.5776 |
| Base PTO | 15.0000 | 0.0000 | 37.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6717 | Checking | $1,351.50 |
| Total | | $1,351.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,685.08 | $1,538.81 | $187.31 | $146.27 | **$1,351.50** |
| YTD | $23,221.89 | $21,456.45 | $2,735.39 | $1,765.44 | $18,721.06 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/25/2023 |
| Period End Date | 07/08/2023 |
| Pay Date | 07/06/2023 |
| Document | 949895 |
| **Net Pay** | **$1,351.49** |

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 105734 | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | Location | PAO - Aston |
| Job | Logistics Coord I | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | Customer | CSA - Customized Service Accoun |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Accrued PTO | 0.0000 | $0.00 | $88.21 |
| Base PTO | 0.0000 | $0.00 | $165.38 |
| Holiday | 0.0000 | $0.00 | $165.38 |
| HSA Employer Co | | $31.25 | $312.50 |
| PTO Sick | 7.5000 | $165.38 | $165.38 |
| Regular | 67.5000 | $1,488.46 | $20,639.96 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $49.62 | $587.16 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $524.37 | $202.42 | $2,226.62 |
| HSA Employee | Yes | $10.82 | $119.02 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $312.50 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $76.12 | $3.54 | $38.94 |
| 401k Match | Yes | $0.00 | $0.00 | $33.08 | $358.36 |
| Basic AD&D | No | $0.00 | $0.00 | $0.86 | $5.16 |
| Basic Life | No | $0.00 | $0.00 | $2.15 | $12.90 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $27.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.03 | $297.32 |
| Social Security Employee Tax | $98.49 | $1,271.30 |
| PA State Income Tax | $48.76 | $629.45 |
| CHESTER TWP | $15.88 | $205.01 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $14.88 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Accrued PTO | 4.0000 | 2.8847 | 16.1929 |
| Base PTO | 15.0000 | 0.0000 | 37.5000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6717 | Checking | $1,351.49 |
| Total | | $1,351.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,685.09 | $1,538.81 | $187.32 | $146.28 | **$1,351.49** |
| YTD | $21,536.81 | $19,917.64 | $2,548.08 | $1,619.17 | $17,369.56 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/11/2023 |
| Period End Date | 06/24/2023 |
| Pay Date | 06/22/2023 |
| Document | 948621 |
| **Net Pay** | **$1,351.50** |

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | |
|---|---|---|---|
| Employee Number | 105734 | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | Location | PAO - Aston |
| Job | Logistics Coord I | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | Customer | CSA - Customized Service Accoun |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Accrued PTO | 0.0000 | $0.00 | $88.21 |
| Base PTO | 0.0000 | $0.00 | $165.38 |
| Holiday | 7.5000 | $165.38 | $165.38 |
| HSA Employer Co | | $31.25 | $281.25 |
| Regular | 67.5000 | $1,488.46 | $19,151.50 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $49.62 | $537.54 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $476.70 | $202.42 | $2,024.20 |
| HSA Employee | Yes | $10.82 | $108.20 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $281.25 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $69.20 | $3.54 | $35.40 |
| 401k Match | Yes | $0.00 | $0.00 | $33.08 | $325.28 |
| Basic AD&D | No | $0.00 | $0.00 | $0.00 | $4.30 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $10.75 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $24.80 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.03 | $274.29 |
| Social Security Employee Tax | $98.48 | $1,172.81 |
| PA State Income Tax | $48.76 | $580.69 |
| CHESTER TWP | $15.88 | $189.13 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $13.72 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Accrued PTO | 4.0000 | 2.8847 | 13.3082 |
| Base PTO | 7.5000 | 0.0000 | 45.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6717 | Checking | $1,351.50 |
| Total | | $1,351.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,685.09 | $1,538.81 | $187.31 | $146.28 | **$1,351.50** |
| YTD | $19,851.72 | $18,378.83 | $2,360.76 | $1,472.89 | $16,018.07 |

## Pay Statement

| | |
|---|---|
| Period Start Date | 05/28/2023 |
| Period End Date | 06/10/2023 |
| Pay Date | 06/08/2023 |
| Document | 947341 |

**Net Pay**  $1,351.49

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 105734 | | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | | Location | PAO - Aston |
| Job | Logistics Coord I | | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | | Customer | CSA - Customized Service Accoun |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Accrued PTO | 0.0000 | $0.00 | $88.21 |
| Base PTO | 0.0000 | $0.00 | $165.38 |
| HSA Employer Co | | $31.25 | $250.00 |
| Regular | 75.0000 | $1,653.84 | $17,663.04 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $49.62 | $487.92 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $429.03 | $202.42 | $1,821.78 |
| HSA Employee | Yes | $10.82 | $97.38 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $250.00 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $62.28 | $3.54 | $31.86 |
| 401k Match | Yes | $0.00 | $0.00 | $33.08 | $292.20 |
| Basic AD&D | No | $0.00 | $0.00 | $0.86 | $4.30 |
| Basic Life | No | $0.00 | $0.00 | $2.15 | $10.75 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $22.32 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.04 | $251.26 |
| Social Security Employee Tax | $98.48 | $1,074.33 |
| PA State Income Tax | $48.76 | $531.93 |
| CHESTER TWP | $15.88 | $173.25 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $12.56 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Accrued PTO | 4.0000 | 2.8847 | 10.4235 |
| Base PTO | 7.5000 | 0.0000 | 45.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6717 | Checking | $1,351.49 |
| Total | | $1,351.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,685.09 | $1,538.81 | $187.32 | $146.28 | **$1,351.49** |
| YTD | $18,166.63 | $16,840.02 | $2,173.45 | $1,326.61 | $14,666.57 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/14/2023 |
| Period End Date | 05/27/2023 |
| Pay Date | 05/25/2023 |
| Document | 946040 |

BDP International, Inc.
510 Walnut Street
Philadelphia, PA 19106

**Net Pay**  $1,351.50

## Pay Details

**Nicole Anne Cassidy**
205 Lynn Road
Ridley Park, PA 19078
USA

| | | | |
|---|---|---|---|
| Employee Number | 105734 | Pay Group | Regular 75 |
| SSN | XXX-XX-XXXX | Location | PAO - Aston |
| Job | Logistics Coord I | Division | 10001 - Operations - Regional |
| Pay Rate | $22.0513 | Product | 850 - Custom Brokerage |
| Pay Frequency | Biweekly | Customer | CSA - Customized Service Accoun |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Accrued PTO | 0.0000 | $0.00 | $88.21 |
| Base PTO | 7.5000 | $165.38 | $165.38 |
| HSA Employer Co | | $31.25 | $218.75 |
| Regular | 67.5000 | $1,488.46 | $16,009.20 |

**Total Hours** 75.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k | Yes | $49.62 | $438.30 | $0.00 | $0.00 |
| HDHPO2NoTobacc | Yes | $47.67 | $381.36 | $202.42 | $1,619.36 |
| HSA Employee | Yes | $10.82 | $86.56 | $0.00 | $0.00 |
| HSA Employer Co | No | $31.25 | $218.75 | $0.00 | $0.00 |
| Low PPO Dental | Yes | $6.92 | $55.36 | $3.54 | $28.32 |
| 401k Match | Yes | $0.00 | $0.00 | $33.08 | $259.12 |
| Basic AD&D | No | $0.00 | $0.00 | $0.00 | $3.44 |
| Basic Life | No | $0.00 | $0.00 | $0.00 | $8.60 |
| Vision Employee | Yes | $0.00 | $0.00 | $2.48 | $19.84 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $120.12 |
| Employee Medicare | $23.03 | $228.22 |
| Social Security Employee Tax | $98.48 | $975.85 |
| PA State Income Tax | $48.76 | $483.17 |
| CHESTER TWP | $15.88 | $157.37 |
| CHESTER TWP | $0.00 | $10.00 |
| PA Unemployment Employee | $1.16 | $11.40 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Accrued PTO | 4.0000 | 2.8847 | 7.5388 |
| Base PTO | 7.5000 | 0.0000 | 45.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx6717 | Checking | $1,351.50 |
| Total | | $1,351.50 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,685.09 | $1,538.81 | $187.31 | $146.28 | **$1,351.50** |
| YTD | $16,481.54 | $15,301.21 | $1,986.13 | $1,180.33 | $13,315.08 |