## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>NICOLE A CASSIDY<br>    Debtor | Case No. 23-12457-amc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>NICOLE A CASSIDY<br>    Respondent | 11 U.S.C. §362 |

### ORDER

**AND NOW**, this ____ day of _____, 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**Date: March 18, 2025**

_____
Ashely M. Chan
CHIEF BANKRUPTCY JUDGE

NICOLE A CASSIDY
205 LYNN ROAD
RIDLEY PARK, PA 19078

BRAD J SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107