### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Nicole A. Cassidy | : | |
| | : | Case No.: 23-12457-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: April 7, 2025

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008